UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS J. RAPAK, | : |
| Plaintiff, | : |
| V. | : CASE NO. 3:18cv2005 (RNC) |
| MARRIOTT INTERNATIONAL INC., ET AL., | : |
| Defendants. | : |

ORDER

In the interest of justice, the above identified matter is hereby transferred to Judge Victor A. Bolden. All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport and bear the docket number 3:18cv2005(VAB)

So ordered.

Dated at Hartford, Connecticut this 11th day of December 2018.

/s/ RNC
Robert N. Chatigny
United States District Judge