# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **THOMAS J. RAPAK, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARRIOTT INTERNATIONAL, INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:18-CV-02005<br>)  (VAB)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF RELATED CASES

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT:

Pursuant to Local Rule 40(b)(2), the undersigned counsel for Defendants Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC state that this case is related to the following six actions currently pending in the District of Connecticut: *Dorfman v. Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC*, Case No. 3:18-cv-01982; *Golin v. Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC*, Case No. 3:18-cv-02080; *Kimmel v. Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC*, Case No. 3:18-cv-01983; *Allen v. Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC*, Case No. 3:18-cv-02050; *Meter v. Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC*, Case No. 3:19-cv-00025; and *Skinner v. Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC*, Case No. 3:18-cv-02131. Defendants' counsel believes the above-listed cases will involve almost identical questions of law because they involve similar allegations and similar class definitions.

2

Dated: January 9, 2019							Respectfully submitted,

							*/s/ Brian W. Song*
							Brian W. Song (CT Bar No. 28576)
							BAKER & HOSTETLER LLP
							45 Rockefeller Plaza
							New York, NY 10111
							Tel: (212) 271-1505
							Fax: (212) 589-4201
							Email: bsong@bakerlaw.com

							*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the counsel of record.

*/s/ Brian W. Song*_____
Brian W. Song